Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of _____
_____ Division

Case: 1:23−cv−01126
Assigned To : Unassigned
Assign. Date : 4/23/2023
Description: Employ. Discrim. (H−DECK)

| | |
|---|---|
| Zeeshan Ali <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> Bureau of Democracy, Human Rights and Labor (DRL) <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)*  ☐ Yes  ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Zeeshan Ali |
| Street Address | House 26, Street 689, East Service Road, G-13/3 |
| City and County | Islamabad, Pakistan |
| State and Zip Code | Islamabad - 44000 |
| Telephone Number | +923008836666 |
| E-mail Address | zeeshanalitahir@yahoo.com |



RECEIVED
APR 23 2023
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Page 1 of 7

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Bureau of Democracy, Human Rights and Labor (DRL)
- Job or Title *(if known)*:
- Street Address: American Red Cross Bldg. 10th floor (SA-9), 2025 E Street, NW
- City and County: Washington, DC 20006, United States
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 2
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 3
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address *(if known)*:

Defendant No. 4
- Name:
- Job or Title *(if known)*:
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Tort Claims Act

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Zeeshan Ali, is a citizen of the State of *(name)* Pakistan.

   b. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. Or is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* DRL, Department of State, is incorporated under
        the laws of the State of *(name)* _____, and has its
        principal place of business in the State of *(name)* Washington DC.
        Or is incorporated under the laws of *(foreign nation)* _____,
        and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

It is a claim of for recovery of damages / compensation of USD 10,240,000 against unlawful termination of contract and false, malicious and defamatory allegations.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff respectfully submits as under:

1. That the plaintiff is a Lawyer / Attorney with 17 years of standing as a Rule of Law Advisor, Human Rights and ADR Expert. His experience includes policy advisory, reforms and advocacy advisory services to not-for-profit and international organizations including the UN and the Federal Board of Revenue, Law and Justice Commission of Pakistan, Legal Aid and Justice Authority Pakistan, Federal Boad of Revenue Pakistan, Federal Investigation Agency, Pakistan Customs, Federal and Provincial Judicial Academie and Government of Pakistan. Plaintiff has assisted senior judiciary (Supreme Court and Provincial High Courts) in developing their rule of law frameworks and judicial capacity building projects. Moreover, the plaintiff has worked on senior management positions with The Asia Foundation, World Vision International, IMC Worldwide, Asian Development Bank projects, UNDP, WHO and other international organizations.

2. That the Global Rights Compliance (GRC) Foundation is a grantee of defendant organization (DRL) implementing a project on labor rights in Pakistan.

3. That GRC hired the plaintiff as their Project Director in Pakistan through a competitive process. On October 11, 2022, the plaintiff assumed his functions as their Project Director in Pakistan. On October 18, 2022, GRC scheduled a call with plaintiff and apprised him that DRL had raised some serious concerns regarding his appointment as Project Director. GRC informed the plaintiff that DRL representative, Ms. Haley Smith levelled some false, malicious and defamatory allegation against the plaintiff. She alleged that the plaintiff had been difficult towards female colleagues while working at The Asia Foundation (TAF). The plaintiff worked for TAF as a Team Leader – Alternative Dispute Resolution (ADR) project, prior to joining GRC. The mentioned ADR project was also funded by DRL in Pakistan.

4. That based on the said false, malicious and defamatory allegations made by DRL, GRC first interrogated and cross-examined the plaintiff and subsequently inquired about his professional conduct with management of TAF. GRC held a thorough due diligence including online calls with TAF's management who clarified that the allegations were absolutely baseless. GRC interviewed Ms. Sofia Shakil, Regional Director, TAF who was direct supervisor of the plaintiff at TAF. TAF's Chief Human Resource Officer, Roger Craig, also reached out to GRC offering assistance to enlighten them with plaintiff's professional conduct (email attached). To which GRC stated they had all the information needed and they would contact him if more information was required. It is pertinent to asseverate that during the course of implementation of TAF's ADR project, DRL never took up any of such issues either with TAF or plaintiff.

5. That while working for TAF, there was one complaint against plaintiff filed by a junior staff member in January 2019. The complaint was thoroughly investigated by a special committee. The same was found to be baseless and malicious in nature. After the committee shared its finding with the complainant, she withdrew her complaint. The plaintiff has an immaculate service record not only with TAF but every organization where he worked. The plaintiff has been engaged in different projects with Pakistani judiciary and enjoys a very good professional reputation among judges of the superior judiciary.

6. That as part of DRL supported ADR project, the plaintiff took a delegation of senior High Court judges from Pakistan for a study tour to New York in July 2021. DRL representative, Ms. Haley Smith came to meet the delegation. During her visit, she purported to be very polite and cordial with plaintiff. It is important to note the plaintiff resigned from TAF in September 2019. Subsequently, TAF asked him to rejoin in February 2020 because the ADR project was suffering. DRL was fully aware of the plaintiff's reappointment with TAF. DRL never ever raised any concerns either with plaintiff or TAF even at the time of his reappointment. In early 2021, ADR project was readvertised by DRL. It is pertinent to mention here that the plaintiff wrote the project proposal and furnished a list of key personnel which listed him as the Project lead. DRL accepted the proposal and awarded the project to TAF which TAF turned down due to their operational constraints in Pakistan.

7. That having inquired from TAF, GRC referred back to DRL and apprised them that the plaintiff's work as well as professional conduct had been commendable at TAF. But DRL representative was adamant and further pressurized GRC to rescind the plaintiff's contract. GRC empathized with the plaintiff for they were compelled by DRL to terminate his contract hence the contract was terminated on October 20, 2022 (Email by Lara Strangways and Alexis Martin attached). GRC said they were convinced that plaintiff had not committed anything wrong while working for TAF. But their hands were tied because DRL was exerting influence on them. The plaintiff lodged a whistleblower complaint against their representative to DRL. But the same was completely disregarded. It is evident that DRL's management has a bias towards their staff and validate their wrongdoings. Plaintiff wrote several emails to Christa Goad, Secretary to DRL Bureau Chief, Lisa Peterson but did not get a response except an initial acknowledgement and a confirmation of receipt to a follow-up (email

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

correspondence attached).

8. That DRL has persecuted the plaintiff and discriminated against him, caused an irreparable loss to his reputation and career that has every likelihood for him to be shunned and avoided. It has lowered his social and professional grace and potentially curtailed his livelihood opportunities. The false and disparaging allegations have ruined his professional reputation and career and made him suffer excruciating mental anguish. The plaintiff has strong reason to believe that DRL staff has defamed him in the past. Therefore, he was jobless for over a year. Now when he secured a job, DRL went all the way to falsely implicate him with wrongdoings and abused their office to deprive the plaintiff of his human right to livelihoods. The plaintiff's professional reputation and integrity are all that he earned during 17 years of his professional career. But the stated slander by DRL has completely ruined his professional reputation as well as the career. DRL has not adopted due process and negated the fundamentals of natural justice. The plaintiff could not be condemned unheard. DRL could take corrective measures. But they opted not to hence this complaint.

9. That plaintiff has made a recourse to all administrative remedies including Office of the Inspector General (OIG), Equal Employment Opportunity Commission (EEOC), Ombudsman, Executive Office of DRL and Office of the Civil Rights, Department of State. Office of the Civil Rights / Equal Employment Opportunity (EEO) is the only department that agreed to take cognizance of the plaintiff's complaint in an informal manner. During the informal inquiry held by EEO Counsellor, the plaintiff was informed that DRL attempts to invoke their administrative discretion as a reason for prevailing on GRC to terminate plaintiff's contract. The reason invoked at this stage is a product of afterthought while the mela fide of DRL stands established from their conduct and false allegations at the time of the plaintiff's contract termination.

10. That the plaintiff has exhausted all the administrative remedies available to him. The plaintiff is left with no other option but to knock at the doors of this Honorable Court.

11. That the defendant inflicted damage on plaintiff's livelihood in Washington DC. The Principal office of defendant organization is also located in Washington DC. Moreover, the instant complaint is being filed under the Federal Tort Claims Act (FTCA) and the plaintiff is also entitled to file the same under diversity of citizenship jurisdiction. Therefore, this Honorable Court has jurisdiction to entertain the matter.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

That the plaintiff claims the following compensation for the damage that DRL has caused to his career and professional reputation:

| | |
|---|---|
| Amount of 2-year contract: | $240000 |
| Compensation for defamation: | $5000000 |
| Compensation for mental torture: | $5000000 |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 04/23/2023

Signature of Plaintiff

Printed Name of Plaintiff: Zeeshan Ali

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address